**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01061-CR

**ANGELA MARIE DODD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82226-2015**

## ORDER

Before the Court is Official Court Reporter Janet L. Dugger's October 26, 2017 request for an extension of time to file the reporter's record. The request is **GRANTED**. The time to file the reporter's record is extended until **thirty days** from the date of this order.

/s/    LANA MYERS
         JUSTICE